01

02

03

04

05                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  UNITED STATES OF AMERICA,              **)**
                                           **)**    CASE NO. MJ22-164
08          Plaintiff,                     **)**
                                           **)**
09          v.                             **)**
                                           **)**    DETENTION ORDER
10  CORTLANDT MARTIN YOUNG,                **)**
                                           **)**
11          Defendant.                     **)**
    _____    **)**
12

13

14  Offenses charged:

15      1.  Possession of Fentanyl with Intent to Distribute.

16  Date of Detention Hearing:    April 25, 2022.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03       2.      Defendant poses a risk of flight based on his prior history of failures to appear.

04 He poses a danger to the community based upon his non-compliance under supervision and

05 committing new crimes while under supervision. Defendant does not contest detention at this

06 time.

07       3.      There does not appear to be any condition or combination of conditions that will

08 reasonably assure the defendant's appearance at future Court hearings while addressing the

09 danger to other persons or the community.

10 It is therefore ORDERED:

11 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

12     General for confinement in a correction facility separate, to the extent practicable, from

13     persons awaiting or serving sentences or being held in custody pending appeal;

14 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

15 3.  On order of the United States or on request of an attorney for the Government, the person

16     in charge of the corrections facility in which defendant is confined shall deliver the

17     defendant to a United States Marshal for the purpose of an appearance in connection with a

18     court proceeding; and

19 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

20

21

22

DETENTION ORDER
PAGE -2

01     the defendant, to the United States Marshal, and to the United State Probation Services Officer.

02         DATED this 25th Day of April, 2022.

03

04                           _____

05                           S. KATE VAUGHAN
                          United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3